445 A.2d 214

Commonwealth v. Olexo, Jr., Appellant.

Submitted February 1, 1982.   Frank Robert Cori, for appellant;   Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The order of June 1, 1981 dismissing appellant's Post Conviction Hearing Act petition is affirmed.